| | |
|---|---|
| 1 | PACIFIC TRIAL ATTORNEYS |
| 2 | A Professional Corporation<br>Scott J. Ferrell, Bar No. 202091 |
| 3 | sferrell@pacifictrialattorneys.com<br>4100 Newport Place Drive, Ste. 800 |
| 4 | Newport Beach, CA  92660<br>Tel: (949) 706-6464 |
| 5 | Fax: (949) 706-6469 |
| 6 | Attorneys for Plaintiffs<br>Luis Licea and Brittney Mejico |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS LICEA, an individual, and BRITTNEY MEJICO, an individual<br><br>Plaintiffs,<br><br>v.<br><br>TREASURY WINE ESTATES AMERICAS COMPANY, a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendant. | Case No.  5:19-cv-02121-JGB (SHKx)<br><br>**NOTICE OF FILING CONSENT DECREE AND REQUEST FOR APPROVAL AND ENTRY OF CONSENT DECREE** |

Plaintiffs, Luis Licea and Brittney Mejico, and Defendant, Treasury Wine Estates Americas Company, have entered into a Consent Decree intended to resolve this litigation. Plaintiffs, through their undersigned counsel, hereby requests approval and entry of the Consent Decree, attached hereto as **Exhibit A**.

Respectfully submitted,

Dated: December 3, 2019          PACIFIC TRIAL ATTORNEYS, APC

By: */s/ Scott J. Ferrell*
Scott. J. Ferrell
Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2019, I electronically filed the foregoing **NOTICE OF FILING CONSENT DECREE AND REQUEST FOR APPROVAL AND ENTRY OF CONSENT DECREE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell*
Scott J. Ferrell