JS-6

PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA  92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiffs
Luis Licea and Brittney Mejico

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS LICEA, an individual, and BRITTNEY MEJICO, an individual<br><br>    Plaintiffs,<br><br>      v.<br><br>TREASURY WINE ESTATES AMERICAS COMPANY, a Delaware corporation; and DOES 1-10, inclusive,<br><br>    Defendant. | Case No.  5:19-cv-02121-JGB (SHKx)<br><br>**ORDER OF APPROVAL AND FOR ENTRY OF CONSENT DECREE AND ORDER FOR INJUNCTIVE AND OTHER RELIEF** |

The Court, having considered the Parties' Request for Entry for Approval and Entry of Consent Decree, hereby approves and enters the Consent Decree and Order for Injunctive and Other Relief.

Dated: January 17, 2020

_____
Jesus G. Bernal
United States District Judge